# UNITED STATES DISTRICT COURT
## District of Minnesota

Martha Cecilia Gualan Paqui,

Petitioner,

v.

Todd Blanche, Markwaynce Mullin, Todd M. Lyons,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-2308 DWF/JFD

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondent's motion to dismiss or transfer (Doc. No. [5]) is **DENIED**.

2. Petitioner's petition for writ of habeas corpus (Doc. No. [1]) is **GRANTED**.

3. The Court **DECLARES** that Petitioner's current detention is unlawful under the Constitution and laws of the United States.

4. Respondents are **ORDERED** to release Petitioner from custody immediately.

5. Within three (3) days of this Order, Respondents shall provide the Court with a status update confirming Petitioner's release.

6. Respondents are directed to release Petitioner:

   a. In Minnesota;

b. With all personal documents and belongings, such as her driver's license, passport, other immigration documents, and cell phone;

c. Without any conditions on release, including but not limited to requiring Petitioner to sign an "Order of Release on Recognizance" or requiring Petitioner to enroll in and complete an "Alternatives to Detention" program; and

d. Without any tracking devices or use of a tracking application.

7. Respondents shall provide reasonable advance notice to counsel to arrange for a safe release of Petitioner. Petitioner's counsel is Frances Ivy Mahoney-Mosedale who can be reached at 612-333-8844.

8. Respondents are **ENJOINED** from re-detaining Petitioner under the same statutory theory, absent materially changed circumstances.

Date: 5/14/2026

KATE M. FOGARTY, CLERK